IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT BAKER | : | CIVIL ACTION |
| v. | : | |
| MICHAEL WENEROWICZ, et al. | : | NO. 13-6329 |

<u>ORDER</u>

AND NOW, this 4th day of December, 2014, upon careful and independent consideration of plaintiff's petition for writ of Habeas Corpus (Docket #1), the defendant's response and plaintiff's reply, thereto, and after review of the Report and Recommendation of Magistrate Judge M. Faith Angell, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petition for writ of habeas corpus is DISMISSED without an evidentiary hearing; and,
3. There is no basis for issuance of a certificate of appealability.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.